# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARSHALL C. GREENE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82276

FILED

JAN 25 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original pro se postconviction petition for a writ of habeas corpus alleges that petitioner's counsel was ineffective in failing to timely file an appeal on his behalf. Such a writ should be sought in the district court in the first instance, and an adverse ruling below may be challenged by way of an appeal. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court. If an application is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-02196

cc:     Marshall C. Greene
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A